Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Susan Seletsky**, Attorney (CSBN #176106)
Office of the Solicitor (Sol #0918585)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
     Telephone: (213) 894-4983
     Facsimile:  (213) 894-2064
seletsky.susan@dol.gov

Attorneys for the Plaintiff

E-FILED 08-24-09
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**,<br>    Secretary of Labor,<br>    United States Department of Labor,<br><br>              Plaintiff,<br><br>         v.<br><br>**ESKA, INC. doing business as EVENT,**<br><br>              Defendant. | Case No.: CV 09-5890 PSG (Ex)<br><br><br>**CONSENT JUDGMENT** |

Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), and Eska, Inc., doing business as Event, a California corporation, have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

A.    The Secretary has filed a Complaint alleging that the Defendant violated provisions of Sections 15(a)(1), 29 U.S.C. §§ 215(a)(1) of the Fair Labor Standards Act of 1938, as amended ("FLSA").

B.    Defendant has appeared and (after having been advised by the plaintiff of the right to retain the assistance of defense counsel) acknowledges receipt of a copy of the Secretary's Complaint.

C. Defendant waives issuance and service of process and waives answer and any defenses to the Secretary's Complaint.

D. The Secretary and Defendant waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

E. Defendant admits that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that the Defendant, its officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(1), 29 U.S.C. §§ 215(a)(1) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), in any of the following manners:

1. Defendant shall not, contrary to FLSA § 15(a)(1), 29 U.S.C. § 215(a)(1), transport, offer for transportation, ship, deliver, or sell in commerce (or ship, deliver, or sell with knowledge or reason to believe that shipment, delivery, or sale in commerce is intended) goods in the production of which any employee (of the defendant or other(s)) has been employed in violation of the FLSA's minimum wage provisions (29 U.S.C. 29 U.S.C. § 206) or overtime pay provisions (29 U.S.C. §207).

2. Defendant shall not fail to disgorge, from the gross proceeds of its having sold or shipped in commerce goods that had been worked on by employees who were not paid the minimum wage and/or overtime required by the FLSA, 29 U.S.C. §§ 206 and/or 207, an amount sufficient to pay to such employees the back wages due to them under the FLSA. The amount hereby found due to these employees is $ 5,907.84 for 46 employees for the period from April 4, 2009 through June 13, 2009. The attached Exhibit 1 shows the names of each employee, the period of employment covered by this Consent

Judgment, and the gross backwage amount due to the employee.

3. To satisfy the monetary provisions of this Judgment, upon execution of this Consent Judgment, Defendant shall not fail to deliver to the U.S. Department of Labor, 915 Wilshire Blvd., #960, Los Angeles, CA 90017, the following:

    a. A certified or cashier's check or money order with the Firm name and "backwage disgorgement" written thereon, in the amount of $ 5,907.84 payable to the order of the "Wage & Hour Div., Labor."

The Secretary shall allocate and distribute the remittances, or the proceeds thereof, to the persons named in the attached Exhibit 1, or to their estates if that be necessary, in her sole discretion, and any money not so paid within a period of three years from the date of its receipt, because of an inability to locate the proper persons or because of their refusal to accept it, shall be deposited by the Secretary in a special deposit account for payment to the proper persons and upon such inability to pay within 3 years, shall then be deposited in the Treasury of the United States, as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c); and, it is further

ORDERED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended; and, it is further

ORDERED that this Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

Dated: 8/24/2009

        **PHILIP S. GUTIERREZ**
        U.S. DISTRICT COURT JUDGE

///
///
///
///
///

For the Defendant:

The Defendant hereby appears, waives any defense herein, consents to the entry of this Judgment, and waives notice by the Clerk of Court:

For:  Defendant Eska, Inc. doing business as Event

By: _____          _____
    Suk Eun Cho                                                                          Date

Its: _____
    President

For the Plaintiff:

CAROL A. DEDEO
Deputy Solicitor for National Operations

LAWRENCE BREWSTER
Regional Solicitor

DANIEL J. CHASEK
Associate Regional Solicitor

_____          _____
SUSAN SELETSKY, Attorney                                Date
Attorneys for the Plaintiff
U.S. Department of Labor

Exhibit 1

| Last Name | First Name | Period Beginning | Period Ending | Gross Back-wages Due |
|---|---|---|---|---|
| Arcos | Miguel | 04/04/2009 | 06/18/2009 | $ 200.04 |
| Castillo | Maria | 04/04/2009 | 06/18/2009 | $ 157.97 |
| Cox | Miguel | 04/04/2009 | 06/18/2009 | $ 151.75 |
| Esmilla | Maria | 04/04/2009 | 06/18/2009 | $ 122.56 |
| Garcia | Manuel | 04/04/2009 | 06/18/2009 | $ 138.95 |
| Garcia | Maura | 04/04/2009 | 06/18/2009 | $ 180.02 |
| Gomez | Marcos | 04/04/2009 | 06/18/2009 | $ 155.74 |
| Gonzalez | Juan | 04/04/2009 | 06/18/2009 | $ 132.57 |
| Gonzalez II | Juan | 04/04/2009 | 06/18/2009 | $ 49.14 |
| Hernandez | Francisco | 04/04/2009 | 06/18/2009 | $ 94.74 |
| Hernandez | German | 04/04/2009 | 06/18/2009 | $ 158.92 |
| Hernandez | Noelia | 04/04/2009 | 06/18/2009 | $ 198.52 |
| Hernandez | Rosenda | 04/04/2009 | 06/18/2009 | $ 145.66 |
| Huerta | Christian | 04/04/2009 | 06/18/2009 | $ 167.89 |
| Linares | Alberto | 04/04/2009 | 06/18/2009 | $ 139.83 |
| Lopez | Barnabe | 04/04/2009 | 06/18/2009 | $ 104.12 |
| Lopez | Cruz | 04/04/2009 | 06/18/2009 | $ 133.98 |
| Lucero | Jessica | 04/04/2009 | 06/18/2009 | $ 183.73 |
| Lucero | Policarpo | 04/04/2009 | 06/18/2009 | $ 192.83 |
| Martinez | Lourdous | 04/04/2009 | 06/18/2009 | $ 157.97 |
| Moastranzo | Christina | 04/04/2009 | 06/18/2009 | $ 206.25 |
| Moldenado | Auria | 04/04/2009 | 06/18/2009 | $ 118.52 |
| Nieto | Maria | 04/04/2009 | 06/18/2009 | $ 148.76 |

| Last Name | First Name | Period Beginning | Period Ending | Gross Back-wages Due |
|---|---|---|---|---|
| Pastor | Salbador | 04/04/2009 | 06/18/2009 | $ 87.40 |
| Perez | Jeremias | 04/04/2009 | 06/18/2009 | $ 95.33 |
| Quintania | Jorge | 04/04/2009 | 06/18/2009 | $ 149.80 |
| Rojas | Pascual | 04/04/2009 | 06/18/2009 | $ 136.12 |
| Rojas | Samuel | 04/04/2009 | 06/18/2009 | $ 77.99 |
| Romero | Magali | 04/04/2009 | 06/18/2009 | $ 167.89 |
| Sanchez | Procoro | 04/04/2009 | 06/18/2009 | $ 175.69 |
| Unknown | Carlos | 04/04/2009 | 06/18/2009 | $ 70.52 |
| Unknown | Carlos | 04/04/2009 | 06/18/2009 | $ 42.37 |
| Unknown | Claudio | 04/04/2009 | 06/18/2009 | $ 13.11 |
| Unknown | Eduardo | 04/04/2009 | 06/18/2009 | $ 144.60 |
| Unknown | Elva | 04/04/2009 | 06/18/2009 | $ 116.16 |
| Unknown | Elvia | 04/04/2009 | 06/18/2009 | $ 71.56 |
| Unknown | Kaina | 04/04/2009 | 06/18/2009 | $ 131.94 |
| Unknown | Luis | 04/04/2009 | 06/18/2009 | $ 12.46 |
| Unknown | Pastino | 04/04/2009 | 06/18/2009 | $ 85.41 |
| Unknown | Polo | 04/04/2009 | 06/18/2009 | $ 171.33 |
| Unknown | Roberto | 04/04/2009 | 06/18/2009 | $ 92.61 |
| Unknown | Rosa | 04/04/2009 | 06/18/2009 | $ 152.68 |
| Unknown | Rosalia | 04/04/2009 | 06/18/2009 | $ 20.54 |
| Unknown | Ventura | 04/04/2009 | 06/18/2009 | $ 96.34 |
| Vargas | Ramon | 04/04/2009 | 06/18/2009 | $ 213.26 |
| Vincente | Ruban | 04/04/2009 | 06/18/2009 | $ 142.30 |